

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00497-CV

Kendra **PETITT**,
Appellant

v.

Gina D. **FEIST**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV02564
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. We order that no costs be assessed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on October 16, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

Luz Estrada, Chief Deputy Clerk